# Court of Appeals
# of the State of Georgia

ATLANTA,   March 27, 2014   

*The Court of Appeals hereby passes the following order:*

**A14A0990.  BLAKE F. DOYLE v. ALLISON J. CANNON et al.**

On June 25, 2013, the trial court entered an order denying Blake F. Doyle's petition to legitimate a minor child.  Doyle filed a notice of appeal from this ruling on August 16, 2013.  We lack jurisdiction for two reasons.

First, to be timely, a notice of appeal must be filed within 30 days after entry of an appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Doyle filed his notice of appeal 52 days after the order was entered.

Second, even if Doyle had filed a timely notice of appeal, orders denying petitions to legitimate are domestic relations cases, which must be appealed by application for discretionary appeal. See *Brown v. Williams*, 174 Ga. App. 604 (332 SE2d 48) (1985); OCGA § 5-6-35 (a) (2). Accordingly, Doyle was required to file an application for discretionary appeal to obtain review of this order. Because he failed to comply with the discretionary appeal procedures, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,* 03/27/2014
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*